UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

      v.                          Case No.  07-cr-217-01/02-SM

William L. Twining and
Shirley Bruce

## O R D E R

Defendant Bruce's motion to continue the final pretrial conference and trial is granted (document 20).  Trial has been rescheduled for the May 2008 trial period.  Defendant Bruce shall file a waiver of speedy trial rights not later than February 11, 2008.  On the filing of such waiver, her continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendants in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendants the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

**Final Pretrial Conference:**  April 25, 2008 at  2:30 p.m.

**Jury Selection**:  May 6, 2008  at 9:30 a.m.

SO ORDERED.

_____
Steven J. McAuliffe
Chief Judge

January 31, 2008

cc:   Bjorn Lange, Esq.
      Stanley Norkunas, Esq.
      Peter Papps, AUSA
      US Probation
      US Marshal