UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

      v.          Case No.  07-cr-217-01-SM

William L. Twining

O R D E R

Defendant Twining's motion to continue the final pretrial conference and trial is granted  (document 28).   Trial has been rescheduled for the July 2008 trial period.   Defendant Twining  shall file a waiver of speedy trial rights not later than June 13, 2008.   On the filing of such waiver, his continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendants in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendants the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

**Change of Plea Hearing or Final Pretrial Conference**: July 1, 2008 at 2:30 p.m.

**Jury Selection**:  July 8, 2008 at 9:30 a.m.

SO ORDERED.

/s/ Steven J. McAuliffe
Steven J. McAuliffe
Chief Judge

June 2, 2008

cc:   Stanley Norkunas, Esq.
      Bjorn Lange, Esq.
      Peter Papps, AUSA
      US Probation
      US Marshal